Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

DOC NO

# UNITED STATES DISTRICT COURT

for the

District of

Division

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

AM 11: 35

Case No **19 CV 343 JDP**

*(to be filled in by the Clerk's Office)*

Davarius Lavelle Riggins
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Dane county jail

Michael malloy    Alexander Pfeil    Sgt Wiering
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Jury Trial:  *(check one)*    ☐ Yes    ☑ No

## COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Davarius lavelle Riggins |
| Street Address | C/O 714 vera court Apt 102 |
| City and County | Madison, Dane |
| State and Zip Code | Wisconsin, 53704 |
| Telephone Number | (608) - 218 - 0808 |
| E-mail Address | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Michael Malloy 5226 |
| Job or Title *(if known)* | madison police department |
| Street Address | N/A |
| City and County | MADISON, DANE |
| State and Zip Code | WISCONSIN |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Defendant No. 2

| | |
|---|---|
| Name | Alexander Pfeil |
| Job or Title *(if known)* | madison police department |
| Street Address | N/A |
| City and County | madison, DANE |
| State and Zip Code | wisconsin |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Defendant No. 3

| | |
|---|---|
| Name | DANE COUNTY JAIL |
| Job or Title *(if known)* | |
| Street Address | 115 W Doty st |
| City and County | madison, Dane |
| State and Zip Code | 53703, wisconsin |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Sgt wiering 2799 |
| Job or Title *(if known)* | madison police department |
| Street Address | n/A |
| City and County | MADISON, DANE |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. U.C.C. 1-308/1-207 all rights reserved, foreign sovereign immunities Act. Sections 1605 and 1607, Notice of liability 18 USC 1341 and 1342  18 USC 2333, Slaugter house Cases united States vs Cruikshank 92 U.S. 542 (1875) volume 20; Corpus Juris Sec. Section 1785; Nype: merriam 36 N.E. 505 1441 s. Ct. 1973, L. Ed. 287. Caha v. United states, 152 U.S. at 215 44. also color of law from the injuries, 18 USC, 1201 kidnapping. and 18 U.S.C. ~~1202~~ 1202

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Davarius Lavalle Riggins , is a citizen of the State of *(name)* Wisconsin .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* Dane county jail / michael mulloy / alexander pfeil , is a citizen of the State of *(name)* WISCONSIN . Or is a citizen of

*(foreign nation)* UNITED STATES .

Statement of claim III

which I told public servents malloy his stop was illegal and unlawful and I was not in the jurisdiction of the united states, which he took my notarize affidavit of sovereignty and mandatory notice of foreign sovereign immunities act, he then said I was operating a motor-vehicle which I told him that it is a auto-mobile which he ignored facts and the affidavits which is notarize and said I was on bail condition which I told him it was signed U.C.C. 1-207/1-308 all rights reserved and signed under duress which makes the contract of the bail null and void, he then told me to open the Door of my auto-mobile which I told him I dont consent of this stop or consent of opening the door which he threat me with I'm under arrest, which I said I dont consent which he lied and said it was a lawful order to exit my auto-mobile which he called it a motor-vehicle which I said I dont consent

which he then threat me saying I have 10 seconds to open the door which I said I dont consent which he then signal to public PFEIL to break my window which he did which I said this is illegal and I dont consent, which they start to pull me out of my auto-mobile striking me in the back of my head then throwing me to the ground placing their knees in my back and ribs which cause me to lose breath which I could not breathe, it was more public servants there who had their knees in my ribs which I started to scream in pain. they called e.m.s which came took me to meriter which all the public servants was then asked for their name and all of their badge numbers and name which they started to laugh, they then kidnapped me and took me to Dane county jail with no shirt, and lied on statements.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.  If the defendant is a corporation

The defendant, *(name)* Dane County Jail, Malloy, Pfeil *Michael Alexander* Sgt Weiring, is incorporated under

the laws of the State of *(name)* WISCONSIN , and has its

principal place of business in the State of *(name)* WISCONSIN .

Or is incorporated under the laws of *(foreign nation)* United States ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain):* I want 10.5 million dollars because of trespassing on private property, criminal damage to property, kidnapping, violation of constitution, U.C.C., declaration of human rights, declaration of independece, and due process, bodily harm, threats of arrest, and stolen property

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. on the night of april 15, 2019 I was stopped by public servants Michael malloy and Alexander pfeil and other public servents of the madison police department stopped me illegally without a crime being commited. public servent. Malloy approach my automobile asking for a driving license which I provided him with a notarize affidavit of sovereignty and a notarize mandatory notice of foreign sovereign immunities act sections 1605 and 1607 Notice of liability 18 USC 1341 and 1342 18 USC 2333 which is filed with the dane county jail sheriff office and all madison police department, and Dane county court house.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I would like for cases number 2019CF294 and 2019cf000805 to be taken off of the said name because I am not a corporation of the united States or a citizen of the united States and I will settle out of court for 4.2 million dollars for violation of rights taking private property damage to private property and damage to the living man and holding me hostage, and violation of declaration of human rights declaration of independence and U.C.C. and constitution, color of law and also 18 V.S.C. 1201

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    27th of april, 2019

Signature of Plaintiff    *Davarius Lavalle Riggin J.C.C. 1-207/1-308 all rights reserved.*

Printed Name of Plaintiff    *Davarius Lavalle Riggins UFC, 1-207/1-308 all rights reserved.*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____