IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAVARIUS LAVALLE RIGGINS,

    Plaintiff,

v.

DANE COUNTY JAIL, MICHAEL
MALLOY, ALEXANDER PFEIL
and SGT. WIERING,

    Defendants.

ORDER

Case No. 19-cv-343-jdp

---

DAVARIUS LAVALLE RIGGINS,

    Plaintiff,

v.

SCHMIDT'S AUTO INC.,

    Defendant.

ORDER

Case No. 19-cv-344-jdp

---

DAVARIUS LAVALLE RIGGINS,

    Plaintiff,

v.

SHELLY GAYLORD, DANE COUNTY
CLERKS OF COURT, U.W. POLICE
DEPARTMENT and J. JONES,

    Defendants.

ORDER

Case No. 19-cv-346-jdp

---

Plaintiff Davarius Lavalle Riggins has filed a proposed civil complaint in each of the above cases. Plaintiff seeks to commence these lawsuits without prepayment of the filing fee pursuant to 28 U.S.C. § 1915.

From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing each of these actions or to give security therefor.

ORDER

IT IS ORDERED that:

1. Plaintiff Davarius Lavalle Riggins's petition for leave to proceed without prepayment of fees is GRANTED.

2. No further action will be taken in these cases until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 1st day of May, 2019.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge